G. B. SAWYERS, TRADING UNDER THE STYLE OF THE G. B. SAWYERS COMPANY, *Plaintiff in Error*, v. THE BOARD OF PUBLIC INSTRUCTION, FOR THE COUNTY OF PUTNAM, STATE OF FLORIDA, A CORPORATION, *Defendant in Error*.

Division B.

Decision Filed October 17, 1924.

Petition for Rehearing Denied December 13, 1924.

A Writ of Error to the Circuit Court for Putnam County; S. J. Hilburn, Referee.

*Thos. B. Dowda* and *J. J. Canon*, for Plaintiff in Error;

*J. N. Blackwell* and *Walton & Dineen*, for Defendant in Error.

PER CURIAM.—In an action to recover $1,000.00 that accompanied a bid for bonds accepted on condition that the bonds be approved by a named attorney, it appears that the bonds were not approved by the attorney, yet judgment was by the referee rendered for the defendant upon

the theory of fraud upon the part of the attorney who, upon examination of the transcript of the proceedings, declined to approve the bonds as having been legally issued.

No fraud or other matter was shown that would forfeit the deposit, therefore the judgment is reversed.

WHITFIELD, P. J., AND WEST AND TERRELL, J. J., concur.

TAYLOR, C. J., AND BROWNE, J., concur in the opinion.